# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DESMOND SIMON DUMAS

NO. 2023 KW 0216

**MARCH 27, 2023**

In Re:   Desmond Simon Dumas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-18-0176.

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

DEPUTY CLERK OF COURT
        FOR THE COURT